UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMOLITION CONTRACTORS, INC.
d/b/a Pitsch Wrecking Co.,

    Plaintiff,

v.

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY,

    Defendant.
_____/

Case No. 1:07-cv-112

HON. JANET T. NEFF

## JUDGMENT

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of plaintiff and against defendant in the amount of $75,000.

**IT IS FURTHER ORDERED** that this Judgment resolves all pending claims in this case and the action is terminated.

Dated:  April 3, 2009          /s/Janet T. Neff
                                                JANET T. NEFF
                                                UNITED STATES DISTRICT JUDGE